No. 837. BOWLING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Thomas D. Hirschfeld* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 839. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION *v.* MESSINA. C. A. D. C. Cir. Certiorari denied. *John Joseph Leahy* for petitioner. *Thomas S. Jackson* and *Austin P. Frum* for respondent.

No. 840. STRAUB, AKA LEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard Berman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 842. ROSEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edwin Gold* and *Michael J. Lazar* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 845. TIPPETT ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 857. BURGDORF *v.* CALIFORNIA ET AL. Dist. Ct. App. Cal., 3d App. Dist. Certiorari denied.